[No. 20555.   Department One.   June 27, 1927.]

NORTHERN PACIFIC RAILWAY COMPANY, *Appellant*, v. DEPARTMENT OF PUBLIC WORKS, *Respondent*.[1]

Appeal from a judgment of the superior court for Thurston county, Wright, J., entered January 3, 1927, affirming an order of the department of public works granting a certificate of convenience and necessity for auto freight service.   Affirmed.

*Geo. T. Reid* and *L. B. daPonte*, for appellant.

*The Attorney General* and *H. C. Brodie, Assistant* (*McCarthy, Edge & Lantz*, of counsel), for respondent.

PER CURIAM.—This is a companion case to *State ex rel. Byram v. Department of Public Works, ante*, p. 219, 257 Pac. 634.   The same questions are involved, and by agreement of counsel the same arguments were to apply to both cases.

In accordance with our opinion in that case the judgment of the lower court is affirmed.

---

[No. 20542.   Department One.   June 27, 1927.]

THROND P. BUGGE, *Respondent*, v. J. A. PRING, *Appellant*.[2]

Appeal from a judgment of the superior court for King county, Griffiths, J., entered August 12, 1926, upon findings in favor of the plaintiff, in an action on contract, tried to the court.   Affirmed.

*Vince H. Faben*, for appellant.

*Daniel Landon, William H. Pemberton*, and *Roy D. Robinson*, for respondent.

PER CURIAM.—This action was brought to recover a broker's commission and grows out of the same transaction as does the case *Fallers v. Pring, ante*, p. 224, 257 Pac. 627, just decided.   The trial court sustained the claimed right to recover the commission, and the defendant appeals.

The court having reached the conclusion in the other case that the contract should be specifically enforced, this controls the right of the respondent in the present case to a brokerage commission, about the amount of which there is no controversy.

The judgment will be affirmed.

[1]Reported in 257 Pac. 636.
[2]Reported in 257 Pac. 629.